# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| ROBERT N. OLNEY, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 12-CV-0547-TOR |
| CAROLYN W. COLVIN, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice _____ on Motions for Summary Judgment.

Date: 08/27/2013

CLERK OF COURT

S/Linda Hansen, Deputy Clerk
Signature of Clerk or Deputy Clerk